| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 03-CR-268-MK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | JAN 3 1 2006 GREGORY C. LANGHAM CLERK | DOCKET NUMBER CR-05-50144-TUC-CKJ (CRP) |

STATES DISTRICT CO
DENVER COLORADO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Benito LOAIZA-PARRA | DISTRICT District of Colorado | DIVISION Colorado | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Marcia S. Krieger | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/08/04 | TO 10/07/07 |

**OFFENSE**
Illegal Reentry After Deportation Subsequent to An Aggravated Felony Conviction

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Dec 2, 2005_
Date

_Marcia A. Krieger_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

_1-13-06_
Effective Date

_[signature]_
United States District Judge